IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| The Huntington National Bank<br><br>                     Plaintiff,<br><br>v.<br><br>James Duda Jr; Karla C. Duda<br><br>     Defendants. | Case No. 23-cv-6439<br><br>Assigned Judge: Robert W. Gettleman<br>Magistrate Judge: Jeffrey T. Gilbert |

## CONFESSION

Defendants, James Duda Jr. and Karla C. Duda, ("Defendants") by Rosemary Schnepf, their attorney, waives service of process and confess that there is due from the Defendants to Plaintiff on the following Loans:

### LOAN BALANCE OF THE VISABEL NOTE THROUGH SEPTEMBER 7, 2023

Principal..............................................................$338,655.81

Interest (through 9/07/2023).........................$42,106.09*

Late Charges.......................................................$3,421.56

NSF Fee.................................................................$75.00

Total....................................................................$384,258.46

*Interest continues to accrue at a rate of $55.67 per day after 9/07/23.

### LOAN BALANCE OF THE 42 NOTE THROUGH SEPTEMBER 7, 2023

Principal..............................................................$25,000.00

Interest (through 09/07/2023).......................$4,333.72*

Late Charges.......................................................$7.96

NSF Fee.................................................................$15.00

Total....................................................................$29,356.68

*Interest continues to accrue at a rate of $7.02 per day after 9/07/23.

ATTORNEY FEES AND COSTS

Defendant's Attorney fees....................................................$300.00

Plaintiff's Attorney fees (through 8/30/2023)........$3,573.00

Plaintiff's Litigation Costs ......................................................$409.40

Total of both Loans and Attorney fees/Costs............................................ .......................$417,897.54

Defendants agree that judgment may be entered against them for the total above and for costs, and Defendants release and waive all rights as authorized in the warrant of attorney.

*Rosemary Schnepf*

Attorney for Defendants James Duda Jr. and Karla C. Duda

Rosemary Schnepf
21720 Long Grove Rd.
Suite C-220
Deer Park, Illinois 60010
Phone: 847-772-8625
schnepflaw@gmail.com
Attorney No. 6183151

Open.26611.31925.31752109-1