IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

The Huntington National Bank

        Plaintiff,

v.

James Duda Jr; Karla C. Duda

        Defendants.

Case No. 23-cv-6439

Assigned Judge: Robert W. Gettleman
Magistrate Judge: Jeffrey T. Gilbert

## CONFESSION

Defendant, James Duda Jr., ("Defendant") by Rosemary Schnepf, his attorney, waives service of process and confess that there is due from the Defendant to Plaintiff:

LOAN BALANCE OF THE 26 NOTE THROUGH SEPTEMBER 7, 2023

Principal ................................................................$45,782.67

Interest (through 9/07/2023) ........................................$2,233.76*

Late Charges ..............................................................$113.80

Total ....................................................................$48,130.23

*Interest continues to accrue at a rate of $12.29 per day after 9/07/23.

Defendant agrees that judgment may be entered against him for the total above and for costs, and Defendant releases and waives all rights as authorized in the warrant of attorney.

*Rosemary Schnepf*
Attorney for Defendant James Duda Jr.

Rosemary Schnepf
21720 Long Grove Rd.
Suite C-220
Deer Park, Illinois 60010
Phone: 847-772-8625
schnepflaw@gmail.com
Attorney No 6183151

Open.26611.31925.31752080-1

-1-