IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| The Huntington National Bank<br><br>Plaintiff,<br><br>v.<br><br>James Duda Jr; Karla C. Duda<br><br>Defendants. | Case No.  23-cv-6439<br><br>Assigned Judge: Robert W. Gettleman<br>Magistrate Judge: Jeffrey T. Gilbert |

**JUDGMENT ORDER**

This matter coming before the Court on Plaintiff's motion for judgment on the pleadings (doc. 7) and motion for attorney fees (doc. 8), IT IS HEREBY ORDERED

1. The motions [7] and [8] are granted. Judgment is entered in favor of Plaintiff, The Huntington National Bank ("Plaintiff") and against James Duda Jr. as to Count I of the Complaint in the amount of $48,130.23.

2. Judgment is entered in favor of Plaintiff and against James Duda Jr. and Karla C. Duda, jointly and severally, as to Counts II and III of the Complaint, including Plaintiff's petition for attorney fees (doc. 8), in the total amount of amount $417,927.54

**ENTER:**

_____
**Robert W. Gettleman
United States District Judge**

**DATE:   September 11, 2023**