# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

The Huntington National Bank,

Plaintiff,

v.

James Duda Jr; Karla C. Duda,

Defendant.

Case No. 23 C 6439
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) The Huntington National Bank
and against defendant(s) James Duda Jr; Karla C. Duda
in the amount of $ 417,927.54
which ☒ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

☐ in favor of Defendant (s),

and against Plaintiff (s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:
☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion.

Date: 9/11/2023

Thomas G. Bruton, Clerk of Court

Claire E. Newman, Deputy Clerk